# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

T-Mobile Northeast LLC
        Plaintiff

V.

City of Lawrence, et al.,
        Defendant

CIVIL ACTION

NO. 09-11320

## JUDGMENT

Gorton   D. J.

In accordance with the Court's Memorandum and Order dated December 13, 2010 granting plaintiff's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the Plaintiff

    By the Court,

12/16/10          /s/Craig J. Nicewicz
Date         Deputy Clerk

(Judgment for SJ.wpd - 12/98)